APRIL 7, 2003

No. 02–479. MEDICAL BOARD OF CALIFORNIA *v.* HASON. C. A. 9th Cir. [Certiorari granted, 537 U. S. 1028.] Writ of certiorari dismissed without award of damages and costs.

No. 02–8819. EURY *v.* GILMORE ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–8820. EURY *v.* SMITH, WARDEN, ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–8834. EURY *v.* WHITE ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–8933. THOMPSON *v.* ERNST, JUDGE, DISTRICT COURT OF TEXAS, WALKER COUNTY. Sup. Ct. Tex. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02A700. CHILINGIRIAN *v.* UNITED STATES. Application for bail pending appeal, addressed to JUSTICE SOUTER and referred to the Court, denied.

No. D–2347. IN RE DISCIPLINE OF CALDWELL. Rule to show cause discharged, and order suspending David Caldwell from the practice of law in this Court, dated March 10, 2003 [*ante,* p. 903], vacated.

No. 02M78. WILEY *v.* OHIO/OKLAHOMA HEARST-ARGYLE TELEVISION, INC.;
No. 02M79. AGIM *v.* TALIAFERRO ET AL.; and
No. 02M80. MM, A MINOR, BY AND THROUGH HER PARENTS, DM ET AL. *v.* SCHOOL DISTRICT OF GREENVILLE COUNTY, SOUTH CAROLINA, ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.